# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| STEPHANIE KLEIN, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>RECEIVABLE MANAGEMENT GROUP, INC.,<br><br>                Defendant. | Civil Action No. 21-000122-CI<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, Defendant Receivable Management Group, Inc. ("RMG"), by and through its undersigned attorney of record, Gordon Rees Scully Mansukhani, LLP, hereby removes this action brought by Plaintiff, Stephanie Klein, originally filed in the County Court in and for Pinellas County, Florida Civil Division, Case No.: 21-000122-CI, to the United States District Court for the Middle District of Florida, Tampa Division, and RMG, reserving all defenses other than removal states as following in support:

1. On or about January 8, 2021, Plaintiff filed a Complaint alleging several causes of action in the County Court in and for Pinellas County, Florida Civil Division, Case No: 21-000122-CI, under the caption *Stephanie Klein, on behalf of herself and all others similarly situated* ("State Court Action").

2. On or about February 23, 2021, RMG was served with the Complaint. *Attached as Exhibit A is a copy of the Summons and Complaint in the State Court Action.*

3. RMG has timely filed this Notice of Removal pursuant to 28 U.S.C. §1446(b).

4. Removal to this Court is proper pursuant to 28 U.S.C. §1441(a), which provides, in relevant part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. As more fully set forth below, this Court has original jurisdiction based upon claims arising under Federal Law.

6. Because Plaintiff's First Cause of Action is a federal question, the prerequisite for removal under 28 U.S.C. §1441 has been met, and this Court is vested with subject matter jurisdiction over this action.

7. Pursuant to 28 U.S.C. §1367, to the extent jurisdiction is not otherwise provided in this Notice, RMG respectfully requests that this Court exercise supplemental jurisdiction over Plaintiff's state law claim, as such claim is so related to Plaintiff's federal claim "that they form part of the same case or controversy under Article III of the United States Constitution."

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the County Court in and for Pinellas County, Florida Civil Division, Case No.: 21-000122-CI.

9. RMG reserves all defenses including but not limited to those specified in FRCP 12(b).

10. RMG files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

11. Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiff, Jerome Ford, through Plaintiff's attorney of record, Kaelyn Diamond, Esquire. The Law Offices of Michael A. Ziegler, P.L. Debt Fighters, 2561 Nursery Road, Suite A, Clearwater, FL 33764, and via electronic mail at [kaelyn@attorneydebtfighters.com](kaelyn@attorneydebtfighters.com) and [service@attorneydebtfighters.com](service@attorneydebtfighters.com).

12. The undersigned certifies that the Defendant, RMG, has consented to the removal of this action from the Sixth Judicial Circuit Court of Pinellas County, Florida to the United States District Court, Middle District, Tampa Division.

13. The undersigned counsel is authorized by RMG to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, Receivable Management Group, Inc., respectfully requests this Court remove this Pinellas County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Kaelyn Diamond, Esq.
Law Office of Michael A. Ziegler, P.L.
Debt Fighters
2561 Nursery Road, Suite A
Clearwater, FL 33764
Phone: (727) 538-4188
Fax: (727) 362-4778
Primary: kaelyn@attorneydebtfighters.com
Secondary: service@attorneydebtfighters.com
*Counsel for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Tel: (Main) 813-523-9700
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505
*Counsel for Defendant, Credit Control Services, Inc. d/b/a Credit Collection Services*